**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

      Plaintiff - Appellee,

  v.

MICHAEL L. WILKE,

      Defendant - Appellant.

No. 24-4934

D.C. No.
2:11-cr-00005-DWM-1

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted February 18, 2025[**]

Before:     SILVERMAN, WARDLAW, and DESAI, Circuit Judges.

Michael L. Wilke appeals from the district court's judgment revoking

supervised release and imposing an 18-month sentence and 60 months' supervised

release.

Wilke's counsel filed a brief under *Anders v. California*, 386 U.S. 738

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

(1967), stating that there are no non-frivolous arguments for appeal. Appellant has not filed a pro se supplemental brief.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous arguments to be made on direct appeal.

Counsel's motion to withdraw is granted.

**AFFIRMED.**